FILED
2005 Aug-24  PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SLOSS INDUSTRIES CORPORATION,,    ]
                                  ]
    Plaintiff(s),              ]
                                  ]
    vs.                        ] CV05-CO-00638-S
                                  ]
HALTON HOLDINGS, INC.,            ]
                                  ]
    Defendant(s).              ]

## FINDINGS AND CONCLUSIONS

This cause is before the Court for decision on the motion for default judgment, filed by Sloss Industries Corporation on July 28, 2005. [Doc. 8]. The motion is supported by testimony and exhibits accepted at the hearing of August 23, 2005.  The court makes the following findings and conclusions:

1.    The summons and complaint were served upon defendant April 11, 2005, and defendant has failed to appear, plead or otherwise defend.

2.    Defendant is indebted to plaintiff in the principal sum of $160,392.00, plus pre-judgment interest in the amount of $10,856.93, for a total of $171,248.93.

3.  Plaintiff is due to recover from defendant the sum of $171,248.93 plus interest hereafter at the prevailing legal rate per annum until paid in full.

4.  A separate judgment by default will be entered.

Done this 24th day of August 2005.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE